JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGELICA CRISTINA CARRASCO BELASQUEZ,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-06880-AYP<br>**JUDGMENT** |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (“Petition”) is GRANTED.

DATED: November 24, 2026

ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE